**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Carmen Sanchez**

Case No.: **10−79202−wlh**
Chapter: **13**

# ORDER OF DISMISSAL IN CHAPTER 11 or 13 CASE

On July 2, 2010 , the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee for this case in installments, provided that Debtor paid the initial filing fee installment within ten days following the date the petition was filed. The Order also provided that the failure to pay the filing fee as directed would result in dismissal of this case without further notice or opportunity for hearing. The public records of the Clerk show that Debtor failed to pay timely the filing fee as directed by the Order. Accordingly, it is

ORDERED that the above−styled case **is dismissed**.

The Clerk is directed to serve a copy of this Order Of Dismissal on Debtor, counsel for Debtor, any trustee, and all creditors.

**SO ORDERED,** on July 21, 2010 .

*Wendy L. Hagenau*

Wendy L. Hagenau
United States Bankruptcy Judge

Form 3081113